IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERMA JEAN MANUEL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-04-2930 |
| § | |
| CENTERPOINT ENERGY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

On January 10, 2005, the parties consented to proceed before a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all further proceedings, including trial and entry of final judgment (Docket Entry # 11). On August 15, 2005, Defendant filed a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. (Docket Entry # 25). By memorandum order this date, the court GRANTED that motion.

Accordingly, it is ORDERED that Plaintiff take nothing, and that this case be DISMISSED, with prejudice. Each party to bear its own costs. This is a FINAL JUDGMENT.

The Clerk of the Court shall enter this Final Judgment and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this 28th day of November, 2005.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE